# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

SCANNED at MENARD and E-mailed
11-15-22 by SS   25   pages
Date      initials   No.

Lason Elliott B-87963 )

_____ )

_____ )   Case Number: 22-2668-SPM

_____ )

*Plaintiff(s)/Petitioner(s)* )   *(Clerk's Office will provide)*

v. )   ☑ CIVIL RIGHTS COMPLAINT
) pursuant to 42 U.S.C. §1983 (State Prisoner)

Derek Brandt Badge#11853 )   ☐ CIVIL RIGHTS COMPLAINT

Anthony D. Wills )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)

_____ )   ☐ CIVIL COMPLAINT

_____ )   pursuant to the Federal Tort Claims Act, 28 U.S.C.

*Defendant(s)/Respondent(s)* )   §§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

Lason Elliott B-87963
Menard Correctional Center
P.O. Box 1000

**Defendant #1:**

B.   Defendant   Derek Brandt Badge#11853   is employed as
(a)      (Name of First Defendant)

Lieutenant
(b)      (Position/Title)

with   Menard Correctional Center
(c)      (Employer's Name and Address)

P.O. Box 1000 Menard, I1 C2259

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain: At the time of this complaint Derek Brandt was a Sergeant at Menard Correctional Center but now he's a Lieutenant here.

Rev. 10/3/19

**Defendant #2:**

C.   Defendant ___Anthony D. Wills___ is employed as

(Name of Second Defendant)

___Warden___

(Position/Title)

with ___Menard Correctional Center___

(Employer's Name and Address)

___P.O. Box 1000  Menard, Il 62259___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain:

Anthony D. Wills is a Warden at Menard Correctional Center and his job duty is to operate the entire prison.

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

None

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☑No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits: None
Plaintiff(s):

Defendant(s): None

2.    Court (if federal court, name of the district; if state court, name of the county): None

3.    Docket number: None

4.    Name of Judge to whom case was assigned: None

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): None

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

Rev. 10/3/19

7.   Approximate date of filing lawsuit: None

8.   Approximate date of disposition: None

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" None

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C.   If your answer is YES,
   1.   What steps did you take?
   I followed the steps of the grievance process by filling one through the grievance office here at Menard C.C. After I was done with that I sent all paperwork to the Administration of Springfield IL.
   2.   What was the result?
   Menard C.C grievance office denied my grievance so I sent it to Springfield and Springfield exspunged the ticket due to conflicting information provided by the facility regarding the incident.

D.   If your answer is NO, explain why not.
   None

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No
   None

F.   If your answer is YES,
   1.   What steps did you take?
   None

Rev. 10/3/19

2. What was the result? None

G. If your answer is NO, explain why not. None

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Exhibit A: Offender Disciplinary Report
(Marked and Attached)

Exhibit B: Grievance By Offender
(Marked and Attached)

Exhibit C: Grievance Officer's Response
(Marked and Attached)

Exhibit D: Adjustment Committee Final Summary Report
(Marked and Attached)

Exhibit E: Response From Springfield On Grievance
(Marked and Attached)

Exhibit F: Adjustment Committee Report That It Was Expung
(Marked and Attached)

Exhibit G: Counselor's Response To Get My Contact Visits Bac
(Marked and Attached)

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On 2/18/2021 I was in my cell (East house 8-23) washing my sheets because the tactial team came to our cellhouse because inmates where setting fires and flooding the galleries. My cell was searched aswell as the whole cellhouse and once I returned there was flood water tracks all in my cell from the c/os walking in and out searching it. Sergeant Brandt and another c/o (who I couldn't identify because his name wasn't visiable on his tactial gear), Also there was a c/o on the out walk with a camera recording aswell. everytime a tact team member walked the gallery. I stopped both tact team members and asked "could we get disinfect to clean our cells" due to all the flood water and ashes from the fires that was set, The c/os stated they weren't passing out any cleaning material because they don't know if any more fires or flooding will occur. I told them we need it to clean our cells plus covid19 was going around so we suppose to get supplies anyway. Me and the c/o (which I later found out through my ticket he was Sgt Brandt) ended up having words regarding his job duty. He started to walk off the gallery and I called him a bitch and then he came back and sprayed me and my celly Karl Haywood with pepper spray and walked off (see Exhibit B). I was sent to medical (escorted by the tact team) along with my celly and then to Segregation. The following morning I was brought a ticket stating a staff assualt. I wrote a grievance (which is attached) to springfield and they expunged it due to conflicting statements given by Menard Staff, From the false incident I suffered mase being sprayed in my face and body and Segregation time that I can't get back. It was cruel and unusual punishment to be sprayed by mase for no reason which is 8th Arrendment violation.

1. Cruel and unusual punishment for the mase that was sprayed on my body and face and the seg time I did because of the false report being written by Sgt Brandt that was later expunged by Springfield.

2. Violated my rights to due process on 2/20/2021 while in seg housing area the tactial team did a search of the cell and when I came back to my cell my first grievance was in the ticket with piss on it.

Rev. 10/3/19

I also told the adjustment committee to rewind the camera to see it was false and if they would've done so they would've seen I didn't assault any c/o or tact team member. They refused to rewind it and their sanctions to me was later reversed.

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I will first ask the court to file this complaint under me seeking for monetary relief.

I also ask to be transferred from Menard because I fear for my safety under the C/O's supervision response to me filing this complaint.

## VI.   JURY DEMAND (check one box below)

The plaintiff ☐ does ☑ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _____8/30/2022_____
(date)

_____Jason Elliott_____
Signature of Plaintiff

_____P.O. Box 1000_____
Street Address

_____Jason Elliott_____
Printed Name

_____Menard IL 62259_____
City, State, Zip

_____#B-87963_____
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

_Lason Elliott_ )
Plaintiff, )
)
)
VS. )          Case No.: _____
)
_Derek Brandt_ )
Defendant )

---

**NOTICE OF FILING**

TO: _____          TO: _____
_____          _____
_____          _____
_____          _____

TO: _____          TO: _____
_____          _____
_____          _____
_____          _____

PLEASE TAKE NOTICE that on _August 30th_, 20_22_, I have provided service to the person(s) listed above by the following means:

☐          Electronically filed through _____ Correctional Law Library

☐          Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

---

**DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _8/30/2022_

/s/_____
NAME: _Lason Elliott_
IDOC#: _B-87963_
_Menard_ Correctional Center
P.O. Box _1000_
_Menard_, IL _62259_

**\*Exhibit A\***

RECEIVED
FEB 25 2021

RECEIVED
FEB 25 2021
MENARD CC
GRIEVANCE OFFICE

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

**Type of Report:**
☒ Disciplinary   ☐ Investigative

Facility: Menard CC    Date: 2/18/21

Offender Name: Elliot, Lason    ID #: 287963    SMI: ☐ yes ☒ no    Race: Black

Observation Date: 2/18/21    Approximate Time: 445 ☐ a.m. ☒ p.m.    Location: ECH 8-23

Offense(s): DR 504: 102b Staff Assault

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time I was feeding East 8 gallery. I observed both Offender Lason, Elliot B287963, and Offender Haywood, Karl R40742 standing near front of cell 8-23. As I was passing cell 8-23 I felt a food tray hit me in the face and left shoulder. I turned to face cell 8-23 and a second tray hit me in the torso. I utilized one burst of OC to stop further assault and retreated from the gallery to notify backup. I notified my chain of command. I sustained no injuries. I/M Lason, Elliot ID'd by state ID + O360

**Witness(es):**
☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Sgt. Grandt | 11853 | Sgt. [signature] 1853 | 2-18-21 | 5:30 ☐ a.m. ☒ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

**Disciplinary Action:**

Shift Review: ☒ Temporary Confinement   ☐ Investigative Status   Reasons: Nature of offense

Major Ruil #505    Maj. M #511    2-18-21
Printed Name and Badge #    Shift Supervisor's Signature    Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer   Comment: I concur

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

M [signature] 1652    [signature]    2-18-21
Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☐ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

Offender's Signature ___    ID# ___

Serving Employee (Print Name) ___    Badge # ___    Signature ___
☐ a.m. ☐ p.m.

Date Served ___    Time Served ___

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature ___    ID# ___

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report ___    Print offender's name ___    ID# ___

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness ___    Witness badge or ID# ___    Assigned Cell (if applicable) ___    Title (if applicable) ___

Witness can testify to: ___

Print Name of witness ___    Witness badge or ID# ___    Assigned Cell (if applicable) ___    Title (if applicable) ___

Witness can testify to: ___

Page 1 of 1
Printed on Recycled Paper

Distribution:   Master File
Offender

DOC 0317 (Rev. 03/2020)

Exhibit B
B

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec:

FEB 2 5 2021

Housing Unit

Date: 2/18/2021

Offender (please print): Chaw Lason Elliott

ID #: B-87903

Present Facility:

Facility where grievance issue occurred:

**Nature of grievance:**

☐ Personal Property
☐ Mail Handling
☐ Medical Treatment
☐ ADA Disability Accommodation

☑ Staff Conduct
☐ Dietary
☐ HIPAA
☐ Restoration Sentence Credit

☐ Transfer Denial by Facility
☑ Other (specify):

☐ Disciplinary Report

243

RECEIVED
FEB 25 2021
MENARD CC
GRIEVANCE OFFICE

2/18  "Offender Disciplinary Report attached with this"

Date of report

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 2/18/2021 I was in my cell East House (8-23) Washing my Sheet when Sgt Brandt 1853 and another C/O who I couldn't name because his name wasn't visible on his tact team uniform was on my gallery. Their also was a C/O on the cat walk with a camera in his hand recording the C/O's as they walk each gallery. Both C/O's I stopped and asked them could we get disinfect to clean out cells and could they clean the gallery because it was wet from the toilet water being flushed on the whole gallery. They

☑ Continued on reverse

**Relief Requested:**

To review the camera the cat walk C/O had monitoring the C/O's on 2/18/2021 & it'll show that there was no trays thrown on a C/O or Sgt period and It prove's show the Sgt Brandt sprayed mase in my cell for no reason and I want this bogus Staff assault ticket to be dropped and me and my celly be released from Seg. I also would like that Sgt Brandt "1853" be investigated

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

Yaa Elliott
Offender's Signature        B-87903        2/18/2021
                              ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name        Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated.  Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature        Date

Distribution: Master File; Offender        Page 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                    2nd Lvl rec: _____

stated "we're not getting disinfect and their not cleaning the galleries due to the fact inmates will flood the galleries again if they don't get what they want. I told him it was his job to provide us disinfect due to the Covid-19 going around and it said it in memo's they provide that for us weekly which it was going on 2 weeks since we had it. Me & the C/O got into an exchange of words regarding his job duty and I admit I did tell him if you was in my shoes you'd say the same thing and he proceeds to walk off and ignore me with the 2nd C/O who was with him and I said that's some bitch ass shit. The C/O comes back and spray mace in my cell and walk off. I had my neighbors yell for a med tech on 8 gallery 30-40 minutes later because my celly has asthma and couldn't breathe so the tact team come up stairs and grab us and take us to health care and then Seg.

Now today 2/19/2021 at 5 AM they bring me a ticket stating staff assault on me and my celly Karl Heywood R40742 which my celly never said anything to the C/O's yesterday and now I see he's trying to say we throw food trays on him and now I find out he was a Sgt. If you review the camera the catwalk C/O had it'll show you I nor my celly never threw any food trays period." that's his way of justifying why he sprayed mase for our cell. In the report he stated "as I was passing 8-23 he set a food tray hit me in the face and left shoulder". Now everybody knows how tight the space is on the gallery so the C/O would've see me or my celly arms come out the bars to throw a tray at him. On top of that this is how you know he's lying as you come down the gallery passing out trays your right side is by the bars so how did he get hit by a food tray on the left side when his left side was towards the cat walk? He also stated " I turned to face cell 8-23 and a second tray hit me in the torso, I utilized one burst of OC" If he got hit with a first tray why wouldn't he release "OC" when he got hit in the face and left shoulder? But stated he got hit with another tray. These are made up staff assault charges all over I asked for disinfect and our conversation got heated and they didn't like what I was saying. If you also noticed on the ticket report he never mentioned the 2nd C/O name that was walking with him and was at my door when the incident occurred nor did he mention the cat-walk C/O with the camera he had watching the catwalk as they where walking the galleries. That's what the camera was for to video the C/O's as they walk the galleries for their safety so when Sgt Brandt sprayed my cell it caught all of that and wouldn't caught me throwing a tray at him if I did. But the 2nd C/O isn't a witness on my ticket & he witnessed the whole thing nor did he mention the camera the catwalk had monitoring him because he know what he did was bogus and he let his anger and emotion get the best of him yesterday and didn't control himself.

**Relief Requested:** For his actions after you all review the camera and see the staff misconduct he displayed on 2/18/2021 against me and my celly that day.

2/20/2021 Today the tact team did a search of my whole gallery & when I came back in the cell my 1st grievance was in the toilet with piss on it so this is my 2nd one I writing now!!



ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 02/25/2021 | Date of Review: 03/19/2021 | Grievance # (optional): 243-2-21 |
| Offender: Lason, Elliott | | ID#: B87963 |

**Nature of Grievance:**

Staff Conduct
Disciplinary Report: 2/18/2021 Menard CC

**Facts Reviewed:**

Offender submitted a grievance dated 2/18/2021 and grieves being wrote a false staff assault ODR. Offender states he never threw a tray on Sgt. Brandt, he only asked for some disinfectant for his cell. Offender state this is all on camera to proven he is telling the truth.

Relief requested: "To review the camera the catwalk C/O had monitoring the C/O's on 2/18/2021 and it'll show that there was no trays thrown on a C/O or Sgt period and it'll prove show the Sgt Brand sprayed mase in my cell for no reason and I want this bogus assault ticket to be dropped and me and my celly be released from Seg. I also would like that Sgt Brandt "11853" be investigated for his actions after you all review the camera and see the staff misconduct he displayed on 2/18/2021 against me and my celly that day.

Grievance Office reviewed on 3/19/2021 – Grievance Office reviewed ODR, Ticket Summary, DR 504 procedures and contacted the Adjustment Committee. The amount of discipline that an offender may receive for each offense that is found guilty of is set by DR 504. Each inmate's sanctions are determined on an individual basis based on mitigating or aggravating factors.

Continued on page two.

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be DENEID.

Jeff Mulholland
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| RECEIVED   Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: MAR 1 8 2021 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

_____
Chief Administrative Officer's Signature

3/18/21
Date

| Offender's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

_____
Offender's Signature

_____
ID#

_____
Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Per ODR, while feeding 8 Gallery in the East Cell House. The R/O observed Offender Elliot B87963 and Offender Haywood R40742 standing near the front of Cell 8-23. As I was passing Cell 8-23, I felt a food tray hit me in the face and my left shoulder. I turned to face Cell 8-23 and a second tray hit me in the torso. Offender Elliot B87963 was identified by State ID and Offender 360.

Per DR 504.80 Prior to the hearing, the offender may request that witnesses be interviewed. No requests for witness received by Committee. The Committee advised the hearing was in accordance with DR 504.80. Offender was permitted to make statements in his defense and offender plead not guilty stating "I did not throw anything at him. I had words with the Tact Officer, I did call him a bitch." as noted on the final summary.

Inmate Elliot, Lason B87963 was verified to have resided in Cell 8-23 in the East Cell House at the time of the charges. Offender Elliot B87963 provided the Adjustment Committee a written statement during the hearing that states in summary: "My cellie Karl Haywood R40742 had nothing to do with the incident that occurred on 2/18/21 and was in his bunk watching t.v. at the time and never said anything to the 2 Tact Team Members that was in front of our cell that day. On 2/18/21 I was washing my sheets when 2 Tact Team Members was walking towards the back to sign the books and I stopped them and asked "when will you all be passing out disinfect to clean our cells because there hasnt been any since we went on Level 1 Lockdown. The C/O said they aren't passing out any disinfect because they don't know if the inmates will set any more fires or flood the galleries again. Me and the C/O got into a heated arguement over this. I admit as he walked off I called him out his name and he turned around and sprayed me with OC. The catwalk camera is a witness and cameras dont lie."

Offender was found guilty of charge 102b-Assault (staff-object) and given one month C-grade, 1 month segregation, and 6 months contact visit restriction.

*Exhibit D*

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** ELLIOT, LASON | **IDOC Number:** B87963 | **Race:** BLK |
| **Hearing Date/Time:** 2/23/2021  10:11 AM | **Living Unit:** MEN-N2-06-43 | **Orientation Status:** N/A |
| **Incident Number:** 202100158/1 - MEN | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/18/2021 | 202100158/1-MEN | BRANDT, DEREK M | EAST CELLHOUSE | 04:45 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 102b | Assault | Guilty |
| | Comments:staff-object | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS

-Offender appeared before the committee for charges and plead not guilty stating "I did not throw anything at him. I had words with the Tact Officer, I did call him a bitch."

## BASIS FOR DECISION

Based on the observation of the reporting employee, while feeding 8 Gallery in the East Cell House. The R/O observed Offender Elliot, Lason B87963 and Offender Haywood, Karl R40742 standing near the front of Cell 8-23. As I was passing Cell 8-23, I felt a food tray hit me in the face and my left shoulder. I turned to face Cell 8-23 and a second tray hit me in the torso. I utilized one burst of O.C. to stop further assault and retreated from the gallery to notify backup. Chain of Command notified. I sustained no injuries. Inmate Lason, Elliot B87963 was identified by State ID and Offender 360.
-Committee finds inmate guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.
-The Adjustment Committee finds Inmate Elliot, Lason B87963 guilty per the written statement provided by Inmate Elliot, Lason B87963, stating that Inmate Elliot's Cellie had nothing to do with it and was on his bunk at the time.
-Inmate Elliot, Lason B87963 was verified to have resided in Cell 8-23 in the East Cell House at the time of the charges.
**I/M Elliot, Lason B87963 provided the Adjustment Committee a written statement during the hearing that states in summary: "My cellie Karl Haywood R40742 had nothing to do with the incident that occurred on 2/18/21 and was in his bunk watching t.v. at the time and never said anything to the 2 Tact Team Members that was in front of our cell that day. On 2/18/21 I was washing my sheets when 2 Tact Team Members was walking towards the back to sign the books and I stopped them and asked "when will you all be passing out disinfect to clean our cells because there hasnt been any since we went on Level 1 Lockdown. The C/O said they aren't passing out any disinfect because they don't know if the inmates will set any more fires or flood the galleries again. Me and the C/O got into a heated arguement over this. I admit as he walked off I called him out his name and he turned around and sprayed me with OC. The catwalk camera is a witness and cameras dont lie."

*Sanctions/Against me*

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |
| Basis for Discipline:Nature of Offense | |

## Signatures
### Hearing Committee

| | | | | |
|---|---|---|---|---|
| SCHOENBECK, JOSHUA A - Chair Person | | *Signature* | 02/23/21 | WHI |
| | | Signature | Date | Race |
| VASQUEZ, JASON P | *Date given Sanctions* | | 02/23/21 | HSP |
| | | Signature | Date | Race |
| Recommended Action Approved | | | Date | Race |

Run Date: 3/16/2021 06:53:16

Page 1 of 2

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** ELLIOT, LASON                    **IDOC Number:** B87963                    **Race:** BLK

**Hearing Date/Time:** 2/23/2021   10:11 AM    **Living Unit:** MEN-N2~~-06-43~~    **Orientation Status:** N/A

**Incident Number:** 202100158/1 - MEN        **Status:** Final

**Final Comments:** N/A

ANTHONY D WILLS / ADW  3/9/2021                          03/09/21
**Chief Administrative Officer**                **Signature**                    **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**          3·11·21    1500
                                        **When Served -- Date and Time**

E 725

J.B. Pritzker
Governor



Exhibit: B
E



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court. P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Elliot, Lason

5/19/21
Date

ID# : B87963

Facility: Menard

This is in response to your grievance received on __4/9/21__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 2/18/21    Grievance Number: 243-2-21    Griev Loc: Menard

- ☐ Transfer denied by the Facility

- ☐ Dietary _____

- ☐ Personal Property _____

- ☐ Mailroom/Publications _____

- ☐ Assignment (job, cell) _____

- ☐ Commissary / Trust Fund _____

- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____

- ☑ Disciplinary Report: Dated: 2/18/21   Incident # 202100158 _____

- ☑ Other   Staff Conduct:  unknown staff refused to provide cleaning supplies, 2/18/21 and put grievance in the toilet, 2/20/21

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

- ☑ Other:  Grievance is ruled MIXED ACTION.  This office cannot substantiate claims of staff misconduct, therefore this portion of the grievance is denied.  This office recommends the disciplinary report 20210158 be expunged due to conflicting information provided by the facility regarding the incident.

FOR THE BOARD: _____
Sarah Johnson
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Acting Director

Record office; menard
Adjustment comm; menard

CC: Warden, Menard _____ Correctional Center
Elliot, Lason _____ ID# B87963
Chief Inspector

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

**Exhibit F**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| Name: ELLIOT, LASON | IDOC Number: B87963 | Race: BLK |
|---|---|---|
| Hearing Date/Time: 2/23/2021  10:11 AM | Living Unit: MEN-E-07-25 | Orientation Status: N/A |
| Incident Number: 202100158/2 - MEN | Status: Expunged Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/18/2021 | 202100158/1-MEN | BRANDT, DEREK M | EAST CELLHOUSE | 04:45 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 102b | Assault | |
| | Comments:staff-object | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS

-Offender appeared before the committee for charges and plead not guilty stating "I did not throw anything at him. I had words with the Tact Officer, I did call him a bitch."

****Ticket is being expunged per AEB grievance #243-2-21.

← Springfield response to the entire report

## BASIS FOR DECISION

Based on the observation of the reporting employee, while feeding 8 Gallery in the East Cell House. The R/O observed Offender Elliot, Lason B87963 and Offender Haywood, Karl R40742 standing near the front of Cell 8-23. As I was passing Cell 8-23, I felt a food tray hit me in the face and my left shoulder. I turned to face Cell 8-23 and a second tray hit me in the torso. I utilized one burst of O.C. to stop further assault and retreated from the gallery to notify backup. Chain of Command notified. I sustained no injuries. Inmate Lason, Elliot B87963 was identified by State ID and Offender 360.
-Committee finds inmate guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.
-The Adjustment Committee finds Inmate Elliot, Lason B87963 guilty per the written statement provided by Inmate Elliot, Lason B87963, stating that Inmate Elliot's Cellie had nothing to do with it and was on his bunk at the time.
-Inmate Elliot, Lason B87963 was verified to have resided in Cell 8-23 in the East Cell House at the time of the charges.
**I/M Elliot, Lason B87963 provided the Adjustment Committee a written statement during the hearing that states in summary: "My cellie Karl Haywood R40742 had nothing to do with the incident that occurred on 2/18/21 and was in his bunk watching t.v. at the time and never said anything to the 2 Tact Team Members that was in front of our cell that day. On 2/18/21 I was washing my sheets when 2 Tact Team Members was walking towards the back to sign the books and I stopped them and asked "when will you all be passing out disinfect to clean our cells because there hasnt been any since we went on Level 1 Lockdown. The C/O said they aren't passing out any disinfect because they don't know if the inmates will set any more fires or flood the galleries again. Me and the C/O got into a heated arguement over this. I admit as he walked off I called him out his name and he turned around and sprayed me with OC. The catwalk camera is a witness and cameras dont lie."

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| | --- E X P U N G E D --- |

**Basis for Discipline:**

## Signatures
**Hearing Committee**

| SCHOENBECK, JOSHUA A - Chair Person | Signature | 02/23/21 | WHI |
|---|---|---|---|
| | | Date | Race |

Date Expunged

Run Date: 6/24/2021 11:14:18

Page 1 of 2

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** ELLIOT, LASON | **IDOC Number:** B87963 | **Race:** BLK |
| **Hearing Date/Time:** 2/23/2021  10:11 AM | **Living Unit:** MEN-E-07-25 | **Orientation Status:** N/A |
| **Incident Number:** 202100158/2 - MEN | **Status:** Expunged Final | |

## Signatures
### Hearing Committee

VASQUEZ, JASON P

Recommended Action Approved

| Signature | Date | Race |
|---|---|---|
| | 02/23/21 | HSP |

**Final Comments:** N/A

---

ANTHONY D WILLS / ADW  6/24/2021
**Chief Administrative Officer**

Signature                    Date
06/24/21

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

6-26-21    1500
**When Served -- Date and Time**

# State of Illinois - Department of Corrections

## Counseling Summary

|  |  |  |  |
|---|---|---|---|
| **IDOC #** | B87963 | **Counseling Date** | 06/02/21 11:55:29:543 |
| **Offender Name** | ELLIOT, LASON | **Type** | Personal |
| **Current Admit Date** | 07/08/2011 | **Method** | Face To Face |
| **MSR Date** | 08/04/2050 | **Location** | MEN EAST CELL HOUSE |
| **HSE/GAL/CELL** | E -07-25 | **Staff** | CARTER, ▓▓▓, Correctional Counselor II |

Offender seen on Cell House weekly COVID-19 Tour. Asked about his grievance that he won. Adjustment Committee was contacted and said they are submitting those recommendations from Springfield today and the Non contact visits will be removed today.

Exhibit: G

**Print Date  6/2/2021**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

L ason Elliott

**Name**

B-87963

**ID Number**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?    (Yes) or  No

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?    Yes or (No)

    If yes, please list case number: _____ N/A _____

    If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?    Yes or (No)

    If yes, please list case number: _____ N/A _____

    If yes, but you do not know the case number mark here: _____

4.  Please list the total number of pages being transmitted:    25

5.  If multiple documents, please identify each document and the number of pages for each document.  For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| — Complaint + Notice of Filing | 8 |
| — Exhibits | 17 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.