## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARSON ELLIOT, | ) | CASE NO.  22-CV-2668-RJD |
| | ) | |
| *Plaintiff,* | ) | |
| vs. | ) | |
| | ) | |
| DEREK BRANDT, | ) | |
| *Defendant.* | ) | |

### JUDGMENT IN A CIVIL CASE

**IT IS HEREBBY ORDERED AND ADJUDGED** pursuant to the Order entered by the

Court on August 15, 2024, that all claims have been settled or otherwise resolved and all Defendants

are dismissed from this action with prejudice, each party to bear their own costs, unless otherwise

provided in the settlement documents.

**DATED:  November 18, 2024**

MONICA A. STUMP
CLERK OF COURT

By: *s/ Jamie Melson*
Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*

HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE